## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Joao Nsumbo Manuel**

v.                                                    Case No. 26-cv-85-PB-AJ

**Amy Boncher, Regional Director**
**FCI Berlin, et al.**

## ORDER

After the government notified the Court that Joao Nsumbo Manuel received the bond hearing he sought on February 24, 2026, I ordered Manuel to show cause within seven days if there is any reason why his petition should not be dismissed. Doc. 10. Manuel has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 6, 2026

cc:    Counsel of Record